IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL COONEY, | No. C 05-04309 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE FAILURE TO APPEAR** |
| JAVIER VALENCIA, | |
| Defendant. | |

Plaintiff failed to appear at the case management conference duly noticed for 11:00 a.m. on January 26, 2006. Plaintiff is **ORDERED TO APPEAR** on **FEBRUARY 16, 2006, AT 11:00 A.M.** in Courtroom No. 9 on the 19th Floor at 450 Golden Gate Avenue, San Francisco, California, and **TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: January 26, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE